# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 6:25-cr-72-JDK-JDL |
| § | |
| TIMOTHY CHARLES ROBERTSON § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMMENDATION ON GUILTY PLEA

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. Judge Love conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea (Docket No. 29). Judge Love recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment

The parties have not objected to Judge Love's findings.

Having reviewed Judge Love's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge (Docket No. 29).

In accordance with Defendant's guilty plea, the Court finds Defendant **Timothy Charles Robertson GUILTY** on Count One of the Indictment, charging a violation of Title **18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms**.

So **ORDERED** and **SIGNED** this **8th** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE